IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERSHOM BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>NEIL WARREN, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-596-TWT |

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action without prejudice for failure to exhaust administrative remedies prior to filing the suit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 5 day of May, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Brown\14cv596\r&r.wpd